IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN BAER,

  Plaintiff,         JUDGMENT IN A CIVIL CASE

 v.            Case No. 15-cv-460-wmc

LORETTA LYNCH AND BRAD SCHIMEL,

  Defendants.

  This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff Steven Baer's complaint with prejudice for failure to state a claim.

  /s/              8/27/2015
Peter Oppeneer, Clerk of Court        Date