IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN



Steven Baer,

Plaintiff,

Case Number: 15-cv-460-wmc

v.

Loretta Lynch,

*Attorney General of the United States,* and

Brad Schmiel,

*Attorney General of Wisconsin.*

Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Steven Baer, the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an order dismissing this lawsuit with prejudice entered in this action on the 27th day of August, 2015.

_____          9/14/15
Steven Baer                                        Date
43 Mum Lane
Altoona, WI 54720
(715) 864-6199